Argued and submitted June 17, reversed and remanded
July 8, petition for review denied November 23, 2004 (337 Or 616)

Jennifer BROADBENT,
*Appellant,*

*v.*

HI-SCHOOL PHARMACY,
*Respondent.*

C020272CV; A118866

93 P3d 97

Robert K. Udziela argued the cause and filed the briefs for appellant.

Michael T. Stone argued the cause and filed the brief for respondent.

Before Edmonds, Presiding Judge, and Deits, Chief Judge, and Wollheim, Judge.

PER CURIAM

Reversed and remanded. *Neff v. Jackson County*, 187 Or App 402, 67 P3d 977 (2003).